**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC. | |
| *Plaintiff*, | |
| v. | Civil Action No. 15-689 (RDM) |
| U.S. DEPARTMENT OF STATE, | |
| *Defendant*. | |

## MEMORANDUM OPINION

This case involves Judicial Watch's request under the Freedom of Information Act for records relating to former Secretary of State Hillary Clinton's use of "a non-'state.gov' email address" and "clintonemail.com email server." *See* Dkt. 22-3 at 3, 21, 31. The Court previously granted the Department of State summary judgment as to all of the Department's withholdings, except certain redactions the Department made to an email chain between Secretary Clinton and General David Petraeus. Dkt. 30. On October 20, 2017, the Department of State determined that it could release the requested records to Judicial Watch without the challenged redactions. Dkt. 32. It did so, and Judicial Watch has verified that the remaining issues in this case are now moot. Dkt. 33. The Court, accordingly, will dismiss Judicial Watch's claims regarding the redactions in the email chain.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: November 3, 2017